# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JASON R. HOLLOWAY,

        Plaintiff,

  V.                                                                  CASE NO. 05-C-1070

CANDY II, INC.,
d/b/a Eve,
JOHN DOE I,
JOHN DOE II,

        Defendants.

## ORDER OF RECUSAL

        Pursuant to Title 28, United States Code, Section 455(a), I herewith recuse myself from participation in this case. Accordingly,

        **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

        Dated at Milwaukee, Wisconsin, this 13th day of April, 2006.

                                                                      **BY THE COURT:**

                                                                  s/ Rudolph T. Randa
                                                                  **Hon. Rudolph T. Randa**
                                                                  **Chief Judge**