UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| JASON R. HOLLOWAY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | No. 05-C-1070 |
| v. | ) | |
| CANDY II, INC., d/b/a EVE | ) | |
| Defendants. | ) | |

## ORDER

On March 30, 2007 plaintiff, Jason Holloway filed a motion asking the court to dismiss the counterclaims filed against him by defendants. (Docket # 62.) On April 13, defendants filed a "Rule 7.4 Motion for Order Allowing Dismissal of Counterclaim," requesting that the counterclaims against Jason Holloway be dismissed. (Docket # 65.) To date, no objections to the latter motion have been filed. For good cause shown, the court **GRANTS** defendants' April 13th motion (docket # 65). It is **ORDERED** that the counterclaims against Jason Holloway are **DISMISSED** with prejudice. Jason Holloway's motion to dismiss (docket # 62) is **DENIED as MOOT**.

SO ORDERED.

**Enter**: May 16, 2007

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT