UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JASON R. HOLLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 05-C-1070 |
| v. | ) |
| | ) |
| CANDY II, INC., d/b/a EVE | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 12, 2007 third-party plaintiffs and third-party defendant Lynda Holloway filed a stipulation for the dismissal of the third-party complaint filed against Lynda Holloway. (Docket # 64.) To date, no objections to such dismissal have been filed. For good cause shown, it is **ORDERED** that the third-party complaint against Lynda Holloway is **DISMISSED** with prejudice.

SO ORDERED.

**Enter**: May 16, 2007

                                                    s/James T. Moody
                                                    JUDGE JAMES T. MOODY
                                                    UNITED STATES DISTRICT COURT